A 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

The Chicago Reader, et al.

v.

Michael Sheahan et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 99 C 4291

DOCKETED APR 0 3 2001

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the plaintiffs' motion for summary judgment on count I is granted.

Michael W. Dobbins, Clerk of Court

Date: 4/2/2001

Willie A. Haynes, Deputy Clerk